PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 8 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

DEFENDANT NAME: MICHAEL ADAM WHITE

TOTAL NO. COUNTS:  11

**VIO: 18 U.S.C. § 1341 and 18 U.S.C. § 2**
      **Mail Fraud (Counts 26-34, 71)**

PENALTY: **CAG not more than 20 years;**
         **and/or $250,000 fine;**
         **3 years supervised release;**
         **a $100 special penalty assessment; and**
         **payment of restitution**

**VIO: 18 U.S.C. §§ 1341, 1343, 1346**
      **Conspiracy to Commit Mail Fraud and Wire Fraud (Count 73)**

PENALTY: **CAG not more than 20 years;**
         **and/or $250,000 fine;**
         **3 years supervised release;**
         **a $100 special penalty assessment and**
         **payment of restitution**

Penalty slip.dotm

NOTICE OF FORFEITURE ALLEGATIONS UNDER 21 U.S.C. § 8533

CASE
NO. _____2:18-CR-232-TOR-20_____

AUSA        GJJ
INITIAL_____

Penalty slip.dotm