FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ADAM WHITE, <br><br> Defendant. | No. 2:18-CR-00232-TOR-20 <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL <br><br> **MOTION GRANTED** <br> **(ECF No. 361)** |

Before the Court is Defendant's Unopposed Motion for Permission to Travel, **ECF No. 361**. Defendant recites in his motion that his Pretrial Services Officer in Las Vegas, Nevada, Mr. Moorehead, has no objection to this motion. United States Attorney George Jacobs has reviewed Defendant's motion and defers to U.S. Probation and the Court, **ECF No. 367**.

Specifically, Defendant requests permission to travel to Lander, Wyoming leaving Las Vegas, Nevada, by car on Thursday, May 23, 2019 and returning on Sunday, May 26, 2019. Additionally, Defendant requests to travel to Indianapolis, Indiana by plane leaving Thursday, June 6, 2019 and returning to Las Vegas, Nevada on Sunday, June 9, 2019, **ECF No. 361**.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 361**, is **GRANTED**. Defendant is permitted to travel to Lander, Wyoming and Indianapolis, Indiana as noted above. Prior to departure Defendant shall provide Pretrial Services the

ORDER - 1

address where he will reside and a phone number where he can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED May 13, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2