|   |   |
|---|---|
| UNITED STATES OF AMERICA, | NO: 2:18-CR-0232-TOR-20 |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL |
| MICHAEL A. WHITE, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BEFORE THE COURT is Defendant's Motion for Permission to Travel (ECF No. 496). The motion was submitted for consideration without oral argument. The Court - - having reviewed the file and the records therein - - is fully informed.

Defendant is currently scheduled for a sentencing hearing in this matter on September 25, 2019. During the pendency of this case Defendant has been released to pretrial supervision on certain terms and conditions, which includes the condition that Defendant remain in either the Eastern District of Washington or District of Nevada, unless granted advance permission by the Court to travel

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 1

outside the districts. *See* ECF No. 158. Defendant now seeks the Court's permission to travel to various locations in New York, Utah, and California to visit family and attend a charity event. In support of his motion, Defendant represents that neither the U.S. Probation office for the Eastern District of Washington or the District of Nevada object to his request. The government defers to Defendant's probation officer as long as the travel is confined to the United States. Notably, Defendant has been allowed to travel on previous occasions during the pendency of this matter with no problems and has otherwise abided by all conditions of release. For good cause shown, Defendant's motion is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant's Motion for Permission to Travel (ECF No. 496) is **GRANTED.**

2. Defendant is permitted to travel between the Eastern District of Washington or the District of Nevada to destinations in New York, Utah, and California.

3. Defendant shall notify his probation officer of his specific travel plans at least 24 hours before leaving the Eastern District of Washington or District of Nevada, and contact either United States Probation Office immediately upon his return to the district.

4. All other terms and conditions of Defendant's pre-trial supervision remain in effect.

5. Defendant's sentencing hearing scheduled for September 25, 2019, in Spokane, Washington, remains set.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the United States Probation Office.

DATED July 18, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 3